**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| **CARLA BEEN,** ) | |
| *individually and on behalf of* ) | **Case No. 4:19-CV-02602-SRC** |
| *all others similarly situated,* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **JURY TRIAL DEMANDED** |
| **v.** ) | |
| ) | |
| **EDGEWELL PERSONAL CARE** ) | |
| **COMPANY; EDGEWELL PERSONAL** ) | |
| **CARE BRANDS, LLC; EDGEWELL** ) | |
| **PERSONAL CARE LLC,** *and* ) | |
| ) | |
| **DOES 1 through 10,** ) | |
| ) | |
| **Defendants.** ) | |

**PLAINTIFF'S STIPULATION OF
DISMISSAL WITHOUT PREJUDICE**

Plaintiff, by and through the undersigned counsel, hereby voluntarily dismisses this lawsuit without prejudice.

Respectfully submitted,

**DANIEL F. HARVATH, ESQ.**

By: /s/ *Daniel F. Harvath*
Daniel F. Harvath, #57599MO
**HARVATH LAW GROUP, LLC**
75 W. Lockwood, Suite #1
Webster Groves, MO 63119
(314) 550-3717
dharvath@harvathlawgroup.com
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

The Undersigned hereby certifies that the above document was served upon all parties of record by service upon all parties' counsel automatically via the Court's electronic filing system.


/s/ Daniel F. Harvath                 .